```
                 UNITED STATES  DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA
```

**GLENN M. SAPIA**                                        **CIVIL ACTION**

**VERSUS**                                                **NO. 06-1453**

**PLAQUEMINES PARISH PRISON,**                            **SECTION: "J"(1)**
**ET AL.**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

New Orleans, Louisiana, this __16th__ day of May, 2006.

_____
**UNITED STATES DISTRICT JUDGE**